IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CAROLE BRUMLEY,<br>*on behalf of Plaintiff and a class,*<br><br>Plaintiff,<br><br>vs.<br><br>MIDWEST MEDICAL SERVICES, LLC,<br>ET AL,<br><br>Defendants. | Case No. 3:22-cv-989-DWD |

## JUDGMENT IN A CIVIL ACTION

**DUGAN, District Judge:**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order of August 16, 2022 (Doc. 24), reflecting settlement between the parties, this action is **DISMISSED with prejudice** with each party to bear its own costs.

**IT IS SO ORDERED.**

**DATED: October 18, 2022**

MONICA A. STUMP, Clerk of Court

*s/ Dana M. Winkeler*
**Deputy Clerk**

**Approved:** *s/ David W. Dugan*
**David W. Dugan, U.S. District Judge**